**COMPLAINT/REMOVAL DISMISSAL**
**United States District Court**
**Southern District of New York**

Mag. Judge Dkt. No. 19-MJ-9969

USAO No. 2019R01395

Date 11-12-19

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ____ Removal Proceedings in

United States v. Tyles Sykes

The Complaint/~~Rule 40~~ Affidavit was filed on October 23, 2019

✓ U.S. Marshals please withdraw warrant.

_/s/ Sarah Krissoff_
ASSISTANT UNITED STATES ATTORNEY
Sarah Krissoff
(Print name)

**SO ORDERED:**

_/s/ Katharine H. Parker_
UNITED STATES MAGISTRATE JUDGE

DATE 11-12-2019

Distribution:   White → Court     Yellow → U.S. Marshals     Green → Pretrial Services     Pink → AUSA Copy